IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**VERONICA GRAY, ALISON MILLER**                  **PLAINTIFFS**
**and VICKY LAWRENCE**

v.                  Case No. 4:23-cv-00630-LPR

**MINUTE CLUB LLC and**
**ANDY WITTCHOW**                  **DEFENDANTS**

## PARTIAL JUDGMENT

Pursuant to the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that default judgment is entered against Defendants Minute Club LLC and Andy Wittchow, jointly and severally, on all claims brought by Plaintiffs Veronica Gray and Alison Miller. Ms. Gray and Ms. Miller are awarded damages in the amount of $29,700 (with $14,850 going to Ms. Gray and $14,850 going to Ms. Miller). For each Plaintiff, half of the total moneys are actual damages and half are liquidated damages.

This is a Partial Judgment pursuant to Federal Rule of Civil Procedure 54(b). This Judgment is effective immediately, even though Ms. Lawrence's claims are not yet fully resolved.[1]

Finally, Ms. Gray and Ms. Miller may file a motion for attorneys' fees and costs within 30 days from the date of this Judgment.

IT IS SO ADJUDGED this 24th day of March 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court expressly concludes that there is no just reason for delay of the entry of judgment with respect to Ms. Gray and Ms. Miller. The outcome of Ms. Lawrence's claims will have no impact whatsoever on the propriety of the judgment for Ms. Gray and Ms. Miller. The claims are different enough in their details and relevant periods of employment to justify going forward with the judgment in favor of Ms. Gray and Ms. Miller now. There is no prejudice to Defendants from doing so, especially since they chose to default and not show up at the damages hearing.